STATE OF KANSAS, *Appellee,* v. ERIC F. SMITH, *Appellant.*

No. 48,629

Opinion filed June 11, 1977.

*Carl E. Cornwell,* of Kansas City, argued the cause, and *Dennis Horner,* of Kansas City, was with him on the brief for the appellant.

*Thomas L. Boeding,* assistant district attorney, argued the cause, and *Curt T. Schneider,* attorney general, and *Nick A. Tomasic,* district attorney, were with him on the brief for the appellee.

PRAGER, J. Affirmed.

STATE OF KANSAS, *Appellee,* v. DOUGLAS RILES, *Appellant.*

No. 48,636

Opinion filed June 11, 1977.

*Louis S. Wexler* of Shawnee Mission was on the brief for the appellant.

*Curt T. Schneider,* attorney general, *Nick A. Tomasic,* district attorney, and *Zygmunt Jarczyk,* assistant district attorney, were on the brief for the appellee.

FATZER, C. J. Affirmed.

STATE OF KANSAS, *Appellee,* v. GARY LEE NELSON, *Appellant.*

No. 48,651

Opinion filed June 11, 1977.

*Robert R. Morland,* of Hutchinson, was on the brief for the appellant.

*Curt T. Schneider,* attorney general, and *Porter K. Brown,* county attorney, were on the brief for the appellee.

SCHROEDER, J. Affirmed.